

**LeClairRyan**
*A Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard, 16th Floor
Newark, New Jersey 07102
(973) 491-3600
Attorneys for Plaintiff, Ramada Worldwide Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| RAMADA WORLDWIDE INC., a Delaware Corporation, | Civil Action No. 14-cv-00568(SRC)(CLW) |
| Plaintiff, | **FINAL JUDGMENT BY DEFAULT** |
| v. |  |
| GLENN E. PATCH TRUST, a Missouri Trust; and GLENN E. PATCH, an individual, |  |
| Defendants. |  |

This matter having been opened to the Court by plaintiff, Ramada Worldwide Inc. ("RWI"), by its attorneys, LeClairRyan, seeking the entry of Final Judgment by Default against defendants, Glenn E. Patch Trust and Glenn E. Patch (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on January 28, 2014, seeking damages as a result of the breach of a license agreement between RWI and Glenn E. Patch Trust; and service of the Summons and Complaint having been effectuated with respect to defendants Glenn E. Patch Trust and Glenn E. Patch by serving them via regular and certified mail on February 28, 2014; and it appearing that default was duly noted by the Clerk of the Court against

RWI # 12483-69895-02

Defendants on April 10, 2014 for their failure to plead or otherwise defend in this action; and the

Court having reviewed the papers; and good cause having been shown:

IT IS on this __10__ day of _____June_____, 2014,

**ORDERED, ADJUDGED, AND DECREED** that RWI have judgment against

Defendants, jointly and severally, in the total amount of $723,001.54, comprised of the following:

        a) $476,339.49 for liquidated damages (principal plus prejudgment interest);

        b) $241,926.37 for Recurring Fees (principal plus prejudgment interest); and

        c) $4,735.68 for attorneys' fees and costs.

_____
HONORABLE STANLEY R. CHESLER, U.S.D.J.